FILED
2025 Jun-13 PM 01:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# ALABAMA SJIS CASE DETAIL

**PREPARED FOR:** [redacted]
**6/12/2025 4:10:25 P**

alacourt.com

County: **28** Case Number: **CV-2025-900051.00** Court Action:
Style: **DONNA KURTS V. WAL-MART STORES EAST, LP**

Real Time

**Exhibit A**

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 3/12/2025 | 9:59 AM | ECOMP | COMPLAINT E-FILED. | CRO084 |
| 3/12/2025 | 10:00 AM | FILE | FILED THIS DATE: 03/12/2025 (AV01) | AJA |
| 3/12/2025 | 10:00 AM | EORD | E-ORDER FLAG SET TO "Y" (AV01) | AJA |
| 3/12/2025 | 10:00 AM | ASSJ | ASSIGNED TO JUDGE: ANDREW J. HAIRSTON (AV01) | AJA |
| 3/12/2025 | 10:00 AM | SCAN | CASE SCANNED STATUS SET TO: N (AV01) | AJA |
| 3/12/2025 | 10:00 AM | TDMJ | JURY TRIAL REQUESTED (AV01) | AJA |
| 3/12/2025 | 10:00 AM | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | AJA |
| 3/12/2025 | 10:00 AM | ORIG | ORIGIN: INITIAL FILING (AV01) | AJA |
| 3/12/2025 | 10:00 AM | C001 | C001 PARTY ADDED: KURTS DONNA (AV02) | AJA |
| 3/12/2025 | 10:00 AM | C001 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 3/12/2025 | 10:00 AM | C001 | LISTED AS ATTORNEY FOR C001: TAYLOR MELISSA BROOK | AJA |
| 3/12/2025 | 10:00 AM | C001 | C001 E-ORDER FLAG SET TO "Y" (AV02) | AJA |
| 3/12/2025 | 10:00 AM | D001 | D001 PARTY ADDED: WAL-MART STORES EAST, LP (AV02) | AJA |
| 3/12/2025 | 10:00 AM | D001 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 3/12/2025 | 10:01 AM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE (AV02) | AJA |
| 3/12/2025 | 10:01 AM | D001 | CERTIFIED MAI ISSUED: 03/12/2025 TO D001 (AV02) | AJA |
| 3/12/2025 | 10:01 AM | D001 | D001 E-ORDER FLAG SET TO "Y" (AV02) | AJA |
| 3/12/2025 | 10:09 AM | ESCAN | SCAN - FILED 3/12/2025 - SUMMONS | KAC |
| 3/25/2025 | 11:29 AM | D001 | SERVICE OF CERTIFIED MAI ON 03/18/2025 FOR D001 | MEW |
| 3/25/2025 | 11:30 AM | ESERC | SERVICE RETURN | MEW |
| 4/14/2025 | 9:57 AM | EANSW | D001 - COMPLAINT DENIED E-FILED. | KEN019 |
| 4/14/2025 | 9:58 AM | D001 | LISTED AS ATTORNEY FOR D001: KENDRICK THOMAS ALBE | AJA |
| 4/14/2025 | 9:58 AM | D001 | ANSWER OF COMP DENIED ON 04/14/2025 FOR D001(AV02) | AJA |
| 4/14/2025 | 9:59 AM | EMOT | D001-PROTECTIVE ORDER FILED. | KEN019 |
| 4/14/2025 | 10:00 AM | EDISC | NOTICE OF DISCOVERY E-FILED. | KEN019 |
| 4/14/2025 | 10:01 AM | D001 | LISTED AS ATTORNEY FOR D001: OGLETREE MAGDALENE K | AJA |
| 4/14/2025 | 10:01 AM | ENOTA | NOTICE OF APPEARANCE E-FILED | OGL011 |
| 4/14/2025 | 10:59 AM | EMOT | D001-PROTECTIVE ORDER /DOCKETED | MEW |
| 4/15/2025 | 9:10 AM | JEORDE | ORDER GENERATED FOR PROTECTIVE ORDER - RENDERED & ENTERED: 4/15/2025 9:10:10 AM - HIPAA ORDER | |
| 5/15/2025 | 12:53 PM | EDISC | NOTICE OF DISCOVERY E-FILED. | CRO084 |
| 6/5/2025 | 9:48 AM | EDISC | NOTICE OF DISCOVERY E-FILED. | OGL011 |

***END OF THE REPORT***